IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | INFORMATION FILED |
| : | UNDER SECTION 851 OF |
| v. : | TITLE 21, U.S.C., RELATING |
| : | TO CRIMINAL CASE #14-516 |
| NATHANIEL DA-MEIR COLES, | FILED ON SEPTEMBER 25, 2014 |
| a/k/a "Big Bat" : | |

### INFORMATION CHARGING PRIOR OFFENSE

Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on September 25, 2014, in the Eastern District of Pennsylvania, with one count of conspiracy to distribute 500 grams or more of cocaine and other drug trafficking-related charges, in violation of 21 U.S.C. §§ 846 and 843(b), of having previously been convicted as described below:

1. On or about February 13, 2007, in the Delaware County Court of Common Pleas, Pennsylvania, the defendant was convicted of the felony offense of manufacture/ deliver/possess with intent to manufacture or deliver a controlled substance (cocaine), which is a violation of Pennsylvania Criminal Statute Pa. CSA 35 § 780-113, a felony under the laws of the State of Pennsylvania, arising out of an offense that took place on July 18, 2006 (Docket No. CP-23-CR-0007578-2006).

ZANE DAVID MEMEGER
United States Attorney

PETER F. SCHENCK
Chief, Criminal Division
Assistant United States Attorney

Filed: 5·5·2016